# IN THE UNTITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:            :        MISCELLANEOUS
                             :
STEVEN ROBERT GRAYSON        :        NO. 08-mc-0056

## RESPONSE TO RULE TO SHOW CAUSE

Steven Robert Grayson, by his attorney, Barbara S. Rosenberg, Esquire, answers the Rule to Show Cause entered by this Court on July 10, 2012, and states that he has no objection to the entry of an order imposing discipline identical to that imposed by Order of the Supreme Court of Pennsylvania dated June 27, 2012.

                                                    s/ Barbara S. Rosenberg
                                                    Barbara S. Rosenberg
                                                    PA Attorney ID #18522
                                                    Law Office of Barbara S. Rosenberg
                                                    1060 First Avenue, Suite 400
                                                    King of Prussia, PA 19406
                                                    (phone) 610-964-1484

July 19, 2012
Date